# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| V. | ) CRIMINAL NO. SA-23-CR-499-OLG |
| (1) UCHENNAYA OGBA,<br>(2) AARON SAMS,<br>(3) BEVERLY SMITH,<br>(4) JESUS RODRIGUEZ,<br>(5) KRISTIN HARRISON,<br>(6) JONATHAN ADAMS,<br>(7) BARBARA SANDERS, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## UNITED STATES OF AMERICA'S
## BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas and the undersigned Assistant United States Attorney, and files the following Bill of Particulars for Forfeiture of Property.

On September 20, 2023, an Indictment (Doc. 3) was returned against the Defendants for the violations of Title 18 U.S.C. §§ 1349 and 1343 and Title 18 U.S.C. § 371. The Indictment included a Notice of United States of America's Demand for Forfeiture which gave notice that the United States seeks the criminal forfeiture of property pursuant to Title 18 U.S.C. § 981(a)(1)(C), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c). Specifically, this Bill of Particulars seeks the criminal forfeiture of the property listed herein.

The United States hereby gives notice that it seeks the criminal forfeiture of certain property from the Defendants as follows:

### NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE
[*See* Fed.R.Crim.P. 32.2]

## I.
## Wire Fraud Violations and Forfeiture Statutes
**[Title 18 U.S.C. §§ 1349 and 1343, subject to forfeiture pursuant to Title 18 U.S.C. § 981(a)(1)(C), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c)]**

As a result of the foregoing criminal violations set forth in Count One of the Indictment, the United States of America gives notice to the Defendants of its intent to seek the forfeiture of the property described below upon conviction pursuant to Fed. R. Crim. P. 32.2 and to Title 18 U.S.C. § 981(a)(1)(C), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461, which states:

> **Title 18 U.S.C. § 981. Civil forfeiture**
>
> **(a)(1)** The following property is subject to forfeiture to the United States:
> * * *
> **(C)** Any property, real or personal, which constitutes or is derived from proceeds traceable to . . . or any offense constituting "specified unlawful activity" (as defined in section 1956(c)(7) of this title), or a conspiracy to commit such offense.

Wire Fraud is an offense constituting "specified unlawful activity" as defined in Title 18 U.S.C. § 1956(c)(7).

> **Title 28 U.S.C. § 2461.**
>
> **(c)**   If a person is charged in a criminal case with a violation of an Act of Congress for which the civil or criminal forfeiture of property is authorized, the Government may include notice of the forfeiture in the indictment or information pursuant to the Federal Rules of Criminal Procedure...

## II.
## Conspiracy Violation and Forfeiture Statutes
**[Title 18 U.S.C. § 371, subject to forfeiture pursuant to Title 18 U.S.C. § 981(a)(1)(C), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461]**

As a result of the foregoing criminal violation set forth in Count Two of the Indictment, the United States of America gives notice to the Defendants of its intent to seek the forfeiture of the property described below upon conviction pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C.

§ 981(a)(1)(C), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461, which states:

### Title 18 U.S.C. § 981. Civil forfeiture

**(a)(1)** The following property is subject to forfeiture to the United States:

* * *

**(C)** Any property, real or personal, which constitutes or is derived from proceeds traceable to . . . or any offense constituting "specified unlawful activity" (as defined in section 1956(c)(7) of this title), or a conspiracy to commit such offense.

### Title 28 U.S.C. § 2461.

**(c)** If a person is charged in a criminal case with a violation of an Act of Congress for which the civil or criminal forfeiture of property is authorized, the Government may include notice of the forfeiture in the indictment or information pursuant to the Federal Rules of Criminal Procedure...

## III.
## Real Property

1. Real Property located and situated at 4063 E. Houston San Antonio, TX 78220, with all buildings, appurtenances, and improvements thereon and any and all surface and sub-surface rights, title, and interests, if any, and being more fully described as follows:

   Situated in the City of San Antonio, County of Bexar, and State of Texas:

   0.344 Acres Of Land, Out Of The Southeast Part Of The P.W. Lemons 5.165 Acre Tract, And Being Out Of The G. Nunez Survey Number 151, New City Block 10626, Situated Within The Corporate Limits Of The City-Of San Antonio, Texas; Said 0.344 Acres Of Land Being More Particularly Described As Follows:

   Beginning At The North Right Of Way Line.Of East Houston Street (50' R.O.W.) And The
   Southwest Corner Of A Called 5.999 Acre Tract Conveyed To Southwest Region Conference Described In Volume 4424, Page 0673, Deed Records Of Bexar County Texas,
   Said Iron Rod Being The Southeast Corner Of The Herein Described Tract;

   Thence: With The. North Right Of Way Line Of East Houston Street And The South Line
   Of The Herein Described Tract S 89° 44' 00" W, A Distance Of 100.00 Feet To A Metal Post Found For The Southeast Corner Of A Called 0.587 Acre Tract Conveyed To Duane L. Hoover And Said Metal Post Being The Southwest Corner Of The Herein Described

Tract;

Thence: With The East Line Of Said 0.587 Acre Tract And The West Line Of The Herein
Described Tract N 00° 25' 00" W, A Distance Of 150.00 Feet To A Metal Post Found For The Northeast Corner Of Said 0.587 Acre Tract And Being On The South Line Of A Called 3.319 Acre Tract Conveyed To Bm Investments Co. Inc., Described In Volume 12670, Page 1930, Real Property Records Of Bexar County Texas, Said Metal Post Being The Northwest Corner Of The Herein Described Tract;

Thence: With The South Line Of Said 3.319 Acre Tract And The North Line Of The Herein
Described Tract, N 89° 44' 00" E, A Distance Of 100.00 Feet To A ½" Iron Pin Found For The Southeast Corner Of Said 3.319 Acre Tract And Being On The West Line Of Said 5.999 Acre Tract, Said Iron Rod Being The Northeast Corner Of The Herein Described Tract;

Thence: Along The West Line Of Said 5.999 Acre Tract And The East Line Of The Herein
Described Tract, S 00° 25' 00" E, A Distance Of 150.00 Feet To The Point Of Beginning,
Containing 0.344 Acres Of Land More Or Less.

2. Real Property located and situated at 7042 Butterfield San Antonio, TX 78227, with all buildings, appurtenances, and improvements thereon and any and all surface and sub-surface rights, title, and interests, if any, and being more fully described as follows:

   Situated in the City of San Antonio, County of Bexar, and State of Texas:

   Lot 4, Block 44, New City Block 15388, Westwood Village, Unit 22, in the City of San Antonio, Bexar County, Texas, according to plat thereof recorded in Volume 5970, Page 54, Deed and Plat Records, Bexar County, Texas.

## IV.
## Property

1. Sams King Ave, LLC (Limited Liability Company), identified by Texas Secretary of State File Number 0802913698;
2. Sams Contracting Consulting and Training, LLC, identified by Texas Secretary of State File Number 801729173;
3. Vendor's Lien in the amount of $90,500 against the real property located at 915 King Avenue in San Antonio, Texas, as described in public document number 20180219832 held by the Bexar County Clerk.

4. S2 Butterfield, LLC, identified by Texas Secretary of State File Number 0803249379;
5. Any and all other LLCs., corporations, business structures used or intended to be used in the commission of the criminal offenses; and
6. Any and all other property and/or accessories involved in or used in the commission of the criminal offenses.

## V.
## Money Judgment

A sum of money which represents the proceeds obtained directly or indirectly, and real or personal property involved in or traceable to the violations set forth in the Counts referenced above for which each Defendant is solely liable.

## VI.
## Substitute Assets

If any of the property described above as being subject to forfeiture for the violations set forth above, as a result of any act or omission of Defendants:

    a.    cannot be located upon the exercise of due diligence;
    b.    has been transferred or sold to, or deposited with, a third party;
    c.    has been placed beyond the jurisdiction of the court;
    d.    has been substantially diminished in value; or
    e.    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States of America to seek forfeiture of any other property, up to the value of said money judgment, as substitute assets pursuant to Title 21 U.S.C § 853(p) and Fed. R. Crim. P. 32.2(e)(1).

                                                                              Respectfully submitted,

                                                                              JAIME ESPARZA
                                                                              UNITED STATES ATTORNEY

By:   /s/_____
        RAY A. GATTINELLA
        Assistant United States Attorney
        Asset Forfeiture Section
        Texas Bar No. 00798202
        601 N.W. Loop 410, Suite 600
        San Antonio, Texas 78216
        Tel: (210) 384-7040
        Fax: (210) 384-7045
        Email: Ray.Gattinella@usdoj.gov

        Attorneys for the United States of America

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2023, the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participant:

| **Molly Lizbeth Roth** | **Lance Lawrence Kennedy** | **John Stephen Toland** |
|---|---|---|
| Federal Public Defender, TXW<br>San Antonio<br>300 Convent Street<br>Suite 2300<br>San Antonio, TX 78205<br>Email: molly_roth@fd.org<br>*Attorney for Defendant Uchennaya Ogba* | P.O. Box 310449<br>New Braunfels, TX 78130<br>Email:<br>lance@lancekennedy.com<br>*Attorney for Defendant Aaron Sams* | Ferguson Braswell Fraser Kubasta PC<br>4301 Westbank Dr<br>Building A, Suite 225<br>Austin, TX 78746<br>Email: stoland@fbfk.law<br>*Attorney for Defendant Beverly Smith* |
| **John Finbar Carroll**<br>Attorney at Law<br>111 West Olmos Drive<br>San Antonio, TX 78212<br>Email:<br>jcarrollsatx@gmail.com<br>*Attorney for Defendant Jesus Rodriguez* | **Jeffrey H. Rohrbach**<br>JR Law PLLC<br>21270 Hardy Oak Boulevard<br>Suite 92<br>San Antonio, TX 78258<br>Email:<br>jeffreyrohrbach@jrlawpllc.com<br>*Attorney for Defendant Kristin Harrison* | **Michael Debs Bernard**<br>Law Office of Michael D. Bernard<br>134 W. Mistletoe<br>San Antonio, TX 78212<br>Email:<br>michael@bernardtexaslaw.com<br>*Attorney for Defendant Jonathan Adams* |

**Robert Otto Switzer**
Law Offices of Robert O. Switzer
310 S. St. Mary's St., Suite 1910
San Antonio, TX 78205
Email: bobswitzerlaw@yahoo.com
*Attorney for Defendant Barbara Sanders*

/s/_____
RAY A. GATTINELLA
Assistant United States Attorney